# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>STRATEGIC FUNDRAISING, INC., *et al.*[1],<br><br>Debtors. | Chapter 7<br><br>Case No. 15-11707 (KJC)<br>(Jointly Administered) |
| KODY SCHMITT and STACY A. SPRAGUE, on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>STRATEGIC FUNDRAISING, INC.,<br><br>Defendant. | Adversary No. 15-51172 (KJC) |

## STIPULATION EXTENDING TIME
## TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

David W. Carickhoff, Chapter 7 Trustee for debtor-defendant Strategic Fundraising, Inc. ("Debtor" or "Defendant") and the above-captioned Plaintiffs Kody Schmitt and Stacy A. Sprague ("Plaintiffs"), on behalf of themselves and all others similarly situated, together with the Defendant, by and through their respective counsel, hereby submit this Stipulation Extending Time to Answer or Otherwise Respond to Plaintiffs' Complaint. In support thereof, the parties aver the following:

---

[1] The Debtors are the following entities: SFI Holding Company (15-11705), Strategic Fundraising, Inc. (15-11707), CallAssistant, LC (15-11708), CASF Commercial Company, LLC (15-11709), CASF Tech US, LLC (15-11710), CASF Holding Company, LLC (15-11711), Cebu Holding Company, LLC (15-11712), CASF Tech International, LLC (15-11713), Marketing Technologies Group, LLC (15-11714).

WHEREAS, on August 13, 2015, the above-captioned debtors (the "Debtors") filed voluntary petitions for relief in this Court under chapter 7 of the Bankruptcy Code. The cases are being jointly administered under Bankruptcy Case Number 15-11707.

WHEREAS, on August 27, 2015, Kody Schmitt and Stacy A. Sprague, on behalf of themselves and all others similarly situated, filed a Class Action Adversary Proceeding Complaint (the "Complaint"), in the above-captioned adversary proceeding against Strategic Fundraising, Inc. ("Defendant") [D.I. 1]. The Adversary Proceeding alleges that Defendant violated the federal Worker Adjustment and Retraining Notification Act, 29 U.S.C. § 2101, et seq. (the "WARN Act") by terminating the employment of Plaintiffs and other similarly situated individuals on or about January 22, 2015 at its Springfield, Missouri call center, and on or about June 29, 2015 at its Oshkosh, Wisconsin call center. The Complaint was served on October 2, 2015. (Adv. Docket No. 3).

WHEREAS, on December 6, 2015, the Trustee requested an extension of time to answer or otherwise respond to Plaintiffs' Complaint, in order to allow the Trustee an opportunity to determine whether there will be funds in Debtor's estate sufficient to pay unsecured creditors, to which Plaintiffs consented.

WHEREAS, on or about February 10, 2016, counsel for the parties conferred regarding the status of the bankruptcy case. The Trustee has again requested additional time, to April 5, 2016, to answer or otherwise respond to Plaintiffs' Complaint, and Plaintiffs consent thereto;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:**

1.    Defendant shall file and serve its answer or other response to the Adversary Proceeding by April 5, 2016.

2.     The parties shall appear for a pretrial conference before this Court, on a date and time to be set by the Court, after April 5, 2016.

3.     Nothing in this Stipulation shall prejudice the rights of any of the parties, including the right to seek a further extension beyond the extension provided for in this Order.

Dated: February 17, 2016                              Respectfully submitted,


By: /s/ Christopher D. Loizides              /s/ Jennifer L. Dering
Christopher D. Loizides (No. 3968)    Jennifer L. Dering (4918)
**LOIZIDES, P.A.**                                  **ARCHER & GREINER, P.C.**
1225 King Street, Suite 800              300 Delaware Avenue, Suite 1100
Wilmington, Delaware 19801            Wilmington, DE 19801
Telephone: (302) 654-0248               Telephone: (302) 777-4350
E-mail:    loizides@loizides.com         E-mail:    jdering@archerlaw.com

Jack A. Raisner                                    *Counsel for David W. Carickhoff,*
René S. Roupinian                              *Ch. 7 Trustee*
**OUTTEN & GOLDEN LLP**
3 Park Avenue
29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Email:    jar@outtengolden.com
             rsr@outtengolden.com


*Counsel for Plaintiffs and the putative class*